UNITED STATES DISTRICT COURT
THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

BILLY JOE CHAMBERS #472742,

    Plaintiff,

v.

MICHIGAN DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.

                         /

Case No. 2:10-CV-367

HON. ROBERT HOLMES BELL

## ORDER APPROVING AND ADOPTING
## REPORT AND RECOMMENDATION

On November 29, 2012, Magistrate Judge Timothy P. Greeley issued a Report and Recommendation ("R&R") recommending that Plaintiff's complaint be dismissed in its entirety for failure to prosecute. (Dkt. No. 44.) The copy of the R&R that was sent to Plaintiff at Newberry Correctional Facility was returned and marked paroled. (Dkt. No. 45.) No objections have been filed to the R&R, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the November 29, 2012, Report and Recommendation (Dkt. No. 44) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's complaint (Dkt. No. 1) is **DISMISSED**.

**IT IS FURTHER ORDERED** that Defendant Jeffrey Stieve's motion to dismiss (Dkt. No. 39) is **DENIED AS MOOT**.


Date:  February 5, 2013            /s/ Robert Holmes Bell
                                   ROBERT HOLMES BELL
                                   UNITED STATES DISTRICT JUDGE