UNITED STATES DISTRICT COURT
THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

BILLY JOE CHAMBERS #472742,

        Plaintiff,

                                        Case No.  2:10-CV-367

v.

                                        HON. ROBERT HOLMES BELL

MICHIGAN DEPARTMENT OF
CORRECTIONS, et al.,

        Defendants.

_____/

## ORDER APPROVING AND ADOPTING
## REPORT AND RECOMMENDATION

On November 29, 2012, Magistrate Judge Timothy P. Greeley issued a Report and
Recommendation ("R&R") recommending that Plaintiff's complaint be dismissed in its
entirety for failure to prosecute.  (Dkt. No. 44.)  The copy of the R&R that was sent to
Plaintiff at Newberry Correctional Facility was returned and marked paroled.  (Dkt. No. 45.)
No objections have been filed to the R&R, and the deadline for doing so has expired.  The
Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and
makes a sound recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the November 29, 2012, Report and
Recommendation (Dkt. No. 44) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's complaint (Dkt. No. 1) is
**DISMISSED**.

**IT IS FURTHER ORDERED** that Defendant Jeffrey Stieve's motion to dismiss

(Dkt. No. 39) is **DENIED AS MOOT**.



Date:  February 5, 2013                    /s/ Robert Holmes Bell
                                          ROBERT HOLMES BELL
                                          UNITED STATES DISTRICT JUDGE